**FILED**

OCT 20 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>WILLIAM J. MABIE,  )<br>)<br>Defendant.  )<br>) | CRIMINAL NO. 15-30158-MJR<br><br>Title 18, United States Code,<br>Section 111(a)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### ASSAULTING A FEDERAL OFFICER

On or about March 12, 2015, in St. Clair County, within the Southern District of Illinois,

**WILLIAM J. MABIE,**

Defendant herein, by acts involving physical contact, did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with an officer of the United States, as designated in Title 18, United States Code, Section 1114, that is, a Deputy United States Marshal, a federal officer who was at the time engaged in the performance of his official duties, all in violation of Title 18, United States Code, Section 111(a) (1).

A TRUE BILL

███████████████████

SHANE B. KELBLEY
Special Assistant United States Attorney

STEPHEN R. WIGGINTON
United States Attorney

Recommended Bond: Detention